# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand twenty-three.

Before: Denny Chin,
Richard J. Sullivan,
Joseph F. Bianco,
*Circuit Judges*.

---

In Re: Nine West LBO Securities Litigation,

Marc S Kirschner, as Trustee for the NWHI Litigation Trust, Wilmington Savings Fund Society, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc.,

Plaintiffs - Appellants,

ABC,

Plaintiff,

v.

Robeco Capital Growth Funds - Robeco BP US Premium Equities, FKA Boston Partners US Premium Equity Fund, DFA Investment Dimensions Group Inc US Core Equity 1 Portfolio, DFA Investment Dimensions Group Inc US Core Equity 2 Portfolio, DFA Investment Dimensions Group Inc US Micro Cap Portfolio, DFA Investment Dimensions Group Inc US Small Cap Portfolio, DFA Investment Dimensions Group Inc US Small Cap Value Portfolio, Dimensional Funds PLC Global Targeted Value Fund, DFA Investment Dimensions Group Inc US Targeted Value Portfolio, AKA Nationwide US Targeted Value Strategy, Dimensional Funds plc U.S. Small

**JUDGMENT**

Docket Nos. 20-3257(L), 20-3290(CON), 20-3315(CON), 20-3326(CON), 20-3327(CON), 20-3334(CON), 20-3335(CON), 20-3941(CON), 20-3952(CON), 20-3959(CON), 20-3961(CON), 20-3964(CON), 20-3969(CON), 20-3980(CON), 20-3981(CON), 20-3992(CON), 20-3998(CON),

Companies Fund,, AKA Irish U.S. Small Cap Fund, DFA Australia Limited Global Core Equity Trust, AKA Defendant TX-1, DFA Investment Dimensions Group Inc TA US Core Equity 2 Portfolio, AKA Defendant TX-2, DFA Investment Dimensions Group Inc Tax-Managed US Small Cap Portfolio, AKA Defendant TX-3, DFA Investment Dimensions Group Inc Tax-Managed US Targeted Value Portfolio, AKA Defendant TX-4, DFA Investment Dimensions Group Inc US Social Core Equity 2 Portfolio, AKA Defendant TX-5, DFA Investment Dimensions Group Inc US Vector Equity Portfolio, AKA Defendant TX-6, DFA Investment Trust Company Tax-Managed US Marketwide Value Series, AKA Defendant TX-7, DFA US Core Equity Fund, AKA Defendant TX-8, DFA US Vector Equity Fund, AKA Defendant TX-9, American Beacon Small Cap Value Fund, AKA Defendant TX-10, HBK Master Fund L.P., AKA Defendant TX-11, HBK Quantitative Strategies Master Fund L.P., AKA Defendant TX-12, Kenny Allan Troutt Separate Trust Estate, AKA Defendant TX-13, Micro Cap Subtrust, AKA Defendant TX-14, Small Cap Value Subtrust, AKA Defendant TX-15, Tax-Managed US Equity Series, AKA Defendant TX-16, U.S. Small Cap Subtrust, AKA Defendant TX-17, USAA Extended Market Index Fund, Variable Annuity Life Insurance Company I - Small Cap Index Fund, Variable Annuity Life Insurance Company I - Small Cap Special Values Fund, Mary Margaret Hastings Georgiades, Flexshares Morningstar United States Market Factor Tilt Index Fund, Defendant IL-1, Telendos, LLC, HFR Asset Management, L.L.C., Northern Small Cap Core Fund, Northern Small Cap Index Fund, Northern Small Cap Value Fund, Nuveen Small Cap Index Fund, Peak6 Investments LLC, FKA PEAK6 Investments, L.P., State Farm Small Cap Index Fund, State Farm Variable Products Trust, Small Cap Equity Index Fund, Voya Russell Small Cap Index Portfolio, 230 Park Ave New York, NY 10169, CNH Master Account, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830,

AQR Absolute Return Master Account, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830, AQR Delta Master Account, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830, AQR Delta Sapphire Fund, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830, AQR DELTA XN Master Account, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830, AQR Funds - AQR Multi-Strategy Alternative Fund, CNH Opportunistic Premium Offshore Fund, L.P., Two Greenwich Plaza 3rd Fl. Greenwich, CT 06830, AQR Funds - AQR Diversified Arbitrage Fund, Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, Wells Fargo Disciplined Small Cap Fund, FKA Wells Fargo Small Cap Opportunities Fund, Defendant IL-2

Defendants - Appellees,

John T McClain, Gerald C. Crotty, Tami Fersko, Advanced Series Trust Academic Strategies Allocation Portfolio, Advanced Series Trust Small Cap Value Portfolio, Jeff Brisman, Mark DeZao, Cynthia DiPietrantonio, John D'Souza, Ninive Giordano, Jack Gross, Alison Hemming, Patricia Kenny, Irene A. Koumendouros, Arundhati Kulkarni, Defendant NJ-1, Defendant NJ-2, Suzanne Maloney, Ira Margulies, Susan M. McCoy, Vincent Morales, Nine Chapters Capital Management LLC, Pamela M. Paul, Charles Joseph Pickett, PGIM QMA Small-Cap Value Fund, Defendant NJ-3, Prudential Financial, Inc., The Prudential Insurance Company of America, Prudential Retirement Insurance and Annuity Co., Quantitative Management Associates LLC, Arlene Starr, Defendant NJ-4, Arthur E. Lee, Nancy L. Lee, Priac Funds, Christopher R. Cade, Ira M. Dansky, Ira Martin Dansky Revocable Trust, Mahmood Hassani-Sadi, Thomas Nolan, Pentwater Capital Management LP, Richard H. Hein, Trustee, Richard H. Hein Rev. Trust U/A 06/12/95, Cynthia Foy Rupp, Transamerica

Asset Management, Inc., Wolverine Asset Management LLC, Wesley R Card, Ann Marie C Wilkins, Arbor Place LTD. Partnership, Boston Partners All-Cap Value Fund, Boston Partners Asset Management, LLC, Boston Partners Global Investors Inc., Boston Partners, LLC., Brighthouse Funds Trust II, FKA Brighthouse Funds Trust Met-Series, Columbia Management Investment Advisers LLC, Columbia Multi-Manager Alternative Strategies Fund, DWS Investment Management Americas, Inc., FKA Deutsche Asset Management (Scudder), DWS Small Cap Index VIP, Geode Diversified Fund, A segregated account of Geode Capital Master Fund Ltd. formerly known as GDF1, a segregated account of Geode Capital Master Fund Ltd., JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, FKA JHT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, FKA JHT Small Cap Index Trust, JHVIT Strategic Equity Allocation Trust, AKA John Hancock Variable Insurance Trust Sea Small Cap, John Hancock II Strategic Equity Allocation Small Cap Fund, AKA John Hancock II Sea Small Cap, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Lincoln Institute of Land Policy, Longfellow Investment Management Co., LLC, Manulife Financial, Manulife Investment Management (North America) LTD, FKA Manulife Asset Management North America LTD, Panagora Asset Management Inc., Rhumbline Advisers LP, State Street Bank Maya Account Holder, State Street Global Advisors, State Street Global Advisors Russell 1000 Value Fund CTF, State Street Global Advisors Russell 2000 Index Fund, State Street Global Advisors Russell 2000 Value Fund CTF, State Street Global Advisors Russell 3000 Index Fund CTF, State Street Global Advisors Russell 3000 Index Fund, State Street Global Advisors Russell 3000 Index Fund SL SER A, State Street Global Advisors Russell Small Cap Fund Complete S/L A, State Street Global Advisors Russell Special Small Company Fund, State Street Global Advisors Russell Special Small

Company Fund CTF, State Street Global Advisors Total ETF, State Street Global Advisors U.S. Extended Market Index Fund, AKA U.S. Extended Market Fund SL, State Street Bank and Trust Company, Dianne Card, FIAM LLC, AKA Fidelity Institutional Asset Management, FKA Pyramis Global Advisors, Fidelity Asset Allocation Currency Neutral Private Pool, Fidelity Asset Allocation Private Pool, Fidelity Balanced Currency Neutral Private Pool, Fidelity Balanced Income Currency Neutral Private Pool, Fidelity Balanced Income Private Pool, Fidelity Balanced Private Pool, Fidelity Concord Street Trust-Fidelity Extended Market Index Fund, Fidelity Concord Street Trust-Fidelity Total Market Index Fund, Fidelity Income Allocation Fund, FKA Fidelity Monthly High Income Fund, Fidelity Investments, Fidelity Investments Charitable Gift Fund, Fidelity Monthly Income Fund, Fidelity Northstar Fund, Fidelity Small Cap Index Fund, Fidelity Total Market Index Fund, SPDR S&P MIDCAP 400 ETF Trust, The Bank of New York Mellon, Trustee, AKA BNY Mellon MIDCAP SPDRS, The Bank of New York Mellon, Trustee, AKA BNY Mellon MIDCAP SPDRS, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Barington Companies Equity Partners, L.P., Barington Companies Investors, LLC, Jeffrey D. Nuechterlein, Lowell W. Robinson, Joseph T. Donnalley, Aida Tejero-Decolli, American Family Mutual Insurance Co., American International Group Inc., Barbara Kreger, Bluecrest Capital Management Ltd., Calvert Variable Products, Inc., (Calvert VP Russell 2000 Small Cap Index Portfolio), Chi Operating Investment Program, LP, Chrysler World IMI Equity Index - ND, Cref Equity Index Account, Daniel Fishman, Donna F. Zarcone, Dreman Contrarian Funds, (Dreman Contrarian Small Cap Value Fund), Eileen Dunn, Emerson Electric Co., EQ Advisors Trust, (ATM Small Cap Managed Volatility Portfolio), EQ Advisors Trust, (EQ/2000 Managed Volatility Portfolio),

Eric Dauwalter, Federated Equity Funds, (Federated Clover Small Value Fund), Frances Lukas, Francis X Claps, Gabelli Investor Funds Inc., (The Gabelli ABC Fund), Gabelli 787 Fund, Inc., (Enterprise Mergers and Acquisitions Fund), George Sharp, Gerald Hood, Gregg Marks, Gregory Clark, Heather Harlan, Heather Roussel, James Capiola, James Chan, James T. Ostrowski, Jamie Cygielman, Janet Carr, Janice Brown, Jodi G. Wright, Joseph A. Rosato, Joseph Stafiniak, JPMorgan Systematic Alpha Fund, Katherine Butler, Kathleen Nedorostek Kaswell, KBC Equity Fund - Fallen Angels, KBC Equity Fund - Leisure and Tourism, KBC Equity Fund - Strategic Satellites, Larissa Sygida, Lincoln Variable Insurance Products Trust, (LVIP SSGA Small-Cap Index Fund), Lynne Bernstock, Mary E. Belle, Metropolitan Life Insurance Co, Mitchel Levine, Multimanager Small Cap Value Portfolio, Nationwide Mutual Funds, (Nationwide Small Cap Index Fund), Nationwide Mutual Funds, (Nationwide U.S. Small Cap Value Fund), Nationwide Variable Insurance Trust, (NVIT Multi-Manager Small Cap Value Fund), Natixis SA, Nicoletta Palma, Norman R Veit, Jr., Odin Holdings LP, Oppenheimer Global Multi Strategies Fund, Pinebridge Investments LP, Principal Funds Inc., (Smallcap Value Fund II), Principal Variable Contracts Funds Inc., (Smallcap Value Account I), Proshares Trust, (Proshares Merger ETF), Quantitative Master Series LLC, (Master Extended Market Index Series), RBB Fund, Inc., (WPG Partners Small/Micro Cap Value Fund), Robyn Whitney Mills, Rosa Genovesi, Roy Chan, Royce Institutional, LLC, (Opportunity Portfolio), Russell US Small Cap Equity Fund, Scott Bowman, Securian Life Insurance Co., FKA Minnesota Life Insurance Co., SEI Institutional Investments Trust, (SIIT Small Cap Fund), SEI Institutional Managed Trust, (SIMT Small Cap Value Fund), Sharon Harger, Stefani Greenfield, Stephen C. Troy, Stuart Weitzman, Susan Duffy, Susquehanna International Group LLP, Suzanne Karkus, Talcott Resolution Life Insurance Co.,

TFS Capital LLC, The Arbitrage Event-Driven Fund, The GDL Fund, TIAA-CREF Funds, TIAA-CREF Funds, (TIAA-CREF Equity Index Fund), TIAA-CREF Funds, (TIAA-CREF Small-Cap Blend Index Fund), Touchstone Funds Group Trust, (Touchstone Arbitrage Fund), (Touchstone Credit Opportunities II Fund), Two Sigma Investments LP, Unified Series Trust, (Symons Small Cap Institutional Fund), Valued Advisers Trust, (Foundry Partners Fundamental Small Cap Value Fund), Vanguard Index Funds, (Vanguard Extended Market Index Fund), Vanguard Index Funds, (Vanguard Small-Cap Index Fund), Vanguard Index Funds, (Vanguard Small-Cap Value Index Fund), Vanguard Index Funds, (Vanguard Total Stock Market Index Fund), Vanguard Institutional Index Funds, (Vanguard Institutional Total Stock Market Index Fund), Vanguard Institutional Total Stock Market Index Trust, Vanguard International Equity Index Funds, (Vanguard Total World Stock Index Fund), Vanguard Russell 2000 Value Index Trust, Vanguard Scottsdale Funds, (Vanguard Russell 2000 Index Fund), Vanguard Scottsdale Funds, (Vanguard Russell 2000 Value Index Fund), Vanguard Valley Forge Funds, (Vanguard Balanced Index Fund), Vanguard World Fund, (Vanguard Consumer Discretionary Index Fund), Wayne Kulkin, Zine Mazouzi, Community Insurance Company, Principal Funds Inc., (Global Multi-Strategy Fund), Richard Dickson, Robert L. Mettler, Blue Cross of California, Diversified Alpha Group Trust, DT DV Market Completion Fund, Nicola Guarna, Hawaii DE LLC, George M. Klabin, Litman Gregory Masters Alternative Strategies Fund, Master Small Cap Index Series of Quantitative Master Series LLC, AKA Ishares Russell 2000 Small-Cap Index Fund, PG and E Co. Nuclear Facilities Qualified Cpuc Decommissioning Master Trust, Research Affiliates Equity US Large, L.P., FKA Enhanced Rafi US Large LP, Robert Rodriguez, Vericimetry US Small Cap Value Fund, Robert and Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees,

Bam Advisor Services, DBA Loring Ward, BlackRock MSCI USA Small Cap Equity Index Fund, Blue Shield of California, DAGT Small Cap Outliers, Extended Equity Market Fund, AKA Blackrock Institutional Trust Company, N.A., Extended Equity Market Master Fund B, iShares Europe, iShares Morningstar Small-Cap Value ETF, iShares MSCI USA Small Cap UCITS ETF, Ishares Russell 2000 ETF, iShares Russell 3000 ETF, George M Pacific Select Fund-PD Small-Cap Value Index Portfolio, Pacific Select Fund-Small-Cap Equity Portfolio, Pacific Select-Fund-Small-Cap Index Portfolio, Russell 2000 Alpha Tilts Fund B, Russell 2000 Index Fund, Russell 2000 Index Non-Lendable Fund, Blackrock Russell 2000 Index Non-Lendable Fund, Russell 2000 Value Fund B, Russell 2500 Index Fund, AKA Ishares Russell Small/Mid-Cap Index Fund, Russell 3000 Index Fund, AKA Ishares Total U.S. Stock Market Index Fund, SA U.S. Small Company Fund, State Street North America Confidential Client 1 Domestic Equities, State Street North America Confidential Client 1 Domestic Ishares 405, State Street North America Confidential Client 1 FOF, U.S. Equity Market Fund, U.S. Equity Market Fund B, MSCI U.S. IMI Index Fund B2, AKA BlackRock MSCI U.S. IMI Index Fund B2, Merrill Lynch Pierce Fenner and Smith Incorporated, State Street Bank and Trust Co., Pacific Select Fund - PD Small-Cap Value Index Portfolio, Russell 3000 Index Non-Lendable Fund, Schwab Total Stock M, US Small Company Fund, The Arbitrate Fund, DEF, Advisors Series Trust, (Kellner Merger Fund), Defendant NY-1, Beth B. Dorfsman, Brown Brothers Harriman and Co. Client No. 2, Brown Brothers Harriman and Co. Client No. 3, Bryan R. Gilligan, Consolidated Edison Company of New York, Inc., Dynamic Capital Management, LLC, Dynamic Offshore Fund Ltd., Fedex Corporation, Defendant NY-8, Gardner Lewis Event Driven Fund, L.P., Gotham Absolute Return Fund, GTE Investment Management Corp., Hallador Balanced Fund LLC, Hartford Mutual Funds II Inc., (Hartford Schroders US

Small Cap Opportunities Fund), Harvest Street Capital LLC, Defendant NY-18, Defendant NY-19, Laurie J. Gentile, Legg Mason Royce U.S. Small Cap Opportunity Fund, Linda V. Kothe, Lori L. Grace, MFO Management Company, (Towle Fund), Michael G. Demko, Defendant NY-24, Minnesota Mining and Manufacturing Co., Pillsbury, Pinnacle West Corp., Prelude Opportunity Fund, LP, Royce Fund, (Royce Opportunity Fund), Stacey A. Harmon, The Arbitrage Fund, Wisdom Tree Asset Management Inc., Whitney L. Smith, WCFS Inc., Virtu Americas LLC, Tudor Trading I, LP, Tradition Securities and Derivatives Inc., Towle Capital Partners II LP, Towle Capital Partners LP, Thomas M. Murray PO N. Murray Jt Ten, The Hartford Life Insurance Company, Allianz Global Investors of America L.P, Gardner Lewis Merger Arbitrage Fund, L.P., Gardner Lewis Merger Arbitrage Fund II, L.P., Anthem Health Plans of Virginia, Inc., Dimensional Funds plc U.S. Small Companies Fund,, AKA Irish U.S. Small Cap Fund, Investment Managers Series Trust, (Towle Deep Value Fund), California Physicians' Service, DBA Blue Shield of California, Towle Deep Value Fund, Allianz Asset Management of America L.P., FKA Allianz Global Investors of America LP, College Retirement Equities Fund, (CREF Equity Index Account), Touchstone Funds Group Trust, (Touchstone Merger Arbitrage Fund), (Touchstone Credit Opportunities II Fund), WisdomTree U.S. SmallCap Dividend Fund, FKA WisdomTree SmallCap Dividend Fund, WisdomTree U.S. SmallCap Fund, FKA WisdomTree SmallCap Earnings Fund, John W. Deem,

Defendants.

---

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is VACATED as to the Payroll Transfer claims, the remainder of the judgment is AFFIRMED, and the cause is REMANDED for further proceedings consistent with this Court's decision.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court